**The People of the State of Illinois, defendant in error, v. John Mulac, plaintiff in error. Gen. No. 24,375.**

Prosecution for larceny. Judgment of guilty. Error to the Mu-

nicipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed May 21, 1919.

Lawrence E. Dowd, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.